UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODY DIANE KIMBRELL,<br>　　　　Plaintiff,<br>　　v.<br>TWITTER INC.,<br>　　　　Defendant. | Case No. 18-cv-04144-PJH<br><br>**ORDER DENYING MOTION FOR DEFAULT JUDGMENT**<br><br>Re: Dkt. No. 13 |

On August 31, 2018, plaintiff Jody Kimbrell filed a motion for default judgment against defendant Twitter Inc. For the following reason, the court DENIES that motion as unripe. On August 30, 2018, plaintiff filed an application for entry of default. Dkt. 10. On the same day, the Clerk of Court instructed plaintiff to refile the application as a motion for entry of default. The next day, rather than following the Clerk's instruction, plaintiff filed a motion for default judgment against Twitter. Dkt. 13. Though plaintiff never refiled her motion for entry of default, on September 5, 2018, the Clerk of Court declined to enter default against Twitter. Dkt. 17. Accordingly, because no default has been entered, plaintiff's motion for default judgment is not ripe and must be DENIED. Arnold v. Farmers Ins. Exch., No. 18-CV-02982-KAW, 2018 WL 3777136, at *2 (N.D. Cal. Aug. 9, 2018) ("Before a plaintiff can seek default judgment under Federal Rule of 55(b), "the clerk must enter the party's default." Fed. R. Civ. P. 55(a).").

**IT IS SO ORDERED.**

Dated: September 7, 2018

_____
PHYLLIS J. HAMILTON
United States District Judge