UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODY DIANE KIMBRELL,<br><br>    Plaintiff,<br><br>    v.<br><br>TWITTER INC.,<br><br>    Defendant. | Case No. 18-cv-04144-PJH<br><br>**ORDER DENYING REQUEST FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 20 |

On September 7, 2018, the court denied plaintiff's motion for default judgment. On September 10, 2018, plaintiff filed a motion for reconsideration. The court construes that motion as a request for leave to file a motion for reconsideration pursuant to Local Rule 7-9. Plaintiff's request for leave is DENIED.

**IT IS SO ORDERED.**

Dated: September 18, 2018

_____
PHYLLIS J. HAMILTON
United States District Judge